UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN DALE NANEZ,<br><br>                        Plaintiff,<br>     v.<br><br>PENELOPE SAPP, *et al.*,<br><br>                        Defendants. | CASE NO. 3:24-cv-05293-RSL-GJL<br><br>ORDER APPOINTING VOLUNTARY PRO BONO COUNSEL |

      The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge Grady J. Leupold. On February 6, 2025, the Court concluded appointment of voluntary *pro bono* counsel would be in the interest of justice and **CONDITIONALLY GRANTED** Plaintiff Shawn Dale Nanez's Motion for Appointment of Counsel. Dkt. 47. The appointment of counsel was "contingent on the Court being able to locate an attorney willing to represent [Plaintiff] *pro bono* in this case." *Id.* at 1. The matter was then referred to the *Pro Bono* Panel "to identify an attorney who is available and willing to accept a voluntary appointment in this action." *Id.* at 2. The Court has now been advised that *pro bono* counsel willing to represent Plaintiff in this action has been identified.

ORDER APPOINTING VOLUNTARY PRO BONO COUNSEL - 1

Accordingly, the Court **ORDERS** as follows:

1. The Court hereby **APPOINTS Kelly Ann Mennemeier** (Foster Garvey PC, 1111 3rd Avenue, STE 3000, Seattle, WA 98101, (206) 447-4694, kelly.mennemeier@foster.com) as *pro bono* counsel for Plaintiff Shawn Dale Nanez.

2. The above-appointed counsel is **DIRECTED** to file a Notice of Appearance **within ten (10) calendar days** from the date of this Order. If counsel is unable to assume this representation, a motion for relief from appointment should immediately be filed.

All case deadlines remain **STAYED** until after the above-appointed counsel has entered a notice of appearance or sought relief from appointment.

Finally, the Clerk is **DIRECTED** to send a copy of this Order to Plaintiff, to counsel for both sides, and to the Honorable Robert S. Lasnik.

Dated this 1st day of April, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER APPOINTING VOLUNTARY PRO BONO COUNSEL - 2