UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN DALE NANEZ,<br><br>                 Plaintiff,<br><br>   v.<br><br>PENELOPE SAPP, *et al.*,<br><br>                 Defendants. | No. 3:24-cv-05293-RSL<br><br>ORDER OF DISMISSAL |

It having been reported to the Court on December 8, 2025, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated. All deadlines previously set are hereby STRICKEN.

DATED this 9th day of January, 2026.

                                                            */s/ Robert S. Lasnik*
                                                            Robert S. Lasnik
                                                             United States District Judge

ORDER OF DISMISSAL - 1